**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on February 15, 2022**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **DEMARCO RASHARD BOYD,** | : | **VIOLATIONS:** |
| **also known as "Flock,"** | : | **21 U.S.C. § 841(a)(1)** |
| | : | **and § 841(b)(1)(B)(iii)** |
| **Defendant.** | : | **(Unlawful Possession With Intent to** |
| | : | **Distribute 28 Grams or More of Cocaine** |
| | : | **Base and Fentanyl)** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)** |
| | : | **(Unlawful Possession With Intent to** |
| | : | **Distribute Phencyclidine)** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(D)** |
| | : | **(Unlawfully Possession With Intent to** |
| | : | **Distribute Marijuana)** |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | **18 U.S.C. § 924(c)(1)(A)(i)** |
| | : | **(Possessing a Firearm In Furtherance** |
| | : | **of a Drug Trafficking Offense)** |
| | : | **18 U.S.C. § 924(c)(1)(B)(ii)** |
| | : | **(Possessing a Machinegun in Furtherance** |
| | : | **of a Drug Trafficking Offense)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d); 21 U.S.C. § 853(p);** |
| | : | **and 28 U.S.C. § 2461(c)** |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about June 16, 2022, within the District of Columbia, **DEMARCO RASHARD BOYD, also known as "Flock,"** did unlawfully, knowingly, and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, and fentanyl, both Schedule II narcotic drug controlled substances, and the amount of said mixture and substance was 28 grams or more.

> **(Unlawful Possession with Intent to Distribute 28 Grams or More of Cocaine Base and Fentanyl,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT TWO

On or about June 16, 2022, within the District of Columbia, **DEMARCO RASHARD BOYD, also known as "Flock,"** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

> **(Unlawful Possession with Intent to Distribute Phencyclidine,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about June 16, 2022, within the District of Columbia, **DEMARCO RASHARD BOYD, also known as "Flock,"** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

> **(Unlawful Possession with Intent to Distribute Marijuana,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT FOUR

On or about June 16, 2022, within the District of Columbia,  **DEMARCO RASHARD BOYD, also known as "Flock,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. 2018-CF2-2016703, did unlawfully and knowingly possess firearms and ammunition, that is, one "Draco" style rifle, .556 caliber, make Zastava, model PAP M85PV, bearing serial number M85PV003579, and 28 rounds of 5.56 caliber ammunition, as well as one Glock pistol, .9mm caliber, model 19, bearing serial number BNVV204, with an attached conversion device, and 17 rounds of 9mm caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIVE

On or about June 16, 2022, within the District of Columbia, **DEMARCO RASHARD BOYD, also known as "Flock,"** did unlawfully and knowingly possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Counts One through Three of this Indictment which are incorporated herein, firearms, that is, one "Draco" style rifle, 5.56 caliber, make Zastava, model PAP M85PV, bearing serial number M85PV003579, as well as one Glock pistol, .9mm caliber, model 19, bearing serial number BNVV204, with an attached conversion device.

> **(Possessing a Firearm in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i))

## COUNT SIX

On or about June 16, 2022, within the District of Columbia, **DEMARCO RASHARD BOYD, also known as "Flock,"** did unlawfully and knowingly possess in furtherance of a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Counts One through Three of this Indictment which are incorporated herein, a machinegun, that is, one Glock pistol, .9mm caliber, model 19, bearing serial number BNVV204, equipped with a conversion device designed and intended to convert the pistol into a weapon which shot, and was designed to shoot, automatically more than one shot without manual reloading, by a single pull of the trigger.

**(Possessing a Machinegun in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Counts One through Three of this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including, but not limited to, proceeds stemming from Counts One through Three, including approximately $5,129 in U.S. Currency.

2.      Upon conviction of the offense alleged in Counts Four through Six of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to  one "Draco" style rifle, .556 caliber, make Zastava, model PAP M85PV, bearing serial number M85PV003579, and 28 rounds of 5.56 caliber ammunition, as well as one Glock

pistol, .9mm caliber, model 19, bearing serial number BNVV204, with an attached conversion device, and 17 rounds of 9mm caliber ammunition.

      3.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

     (a)     cannot be located upon the exercise of due diligence;

     (b)     has been transferred or sold to, or deposited with, a third party;

     (c)     has been placed beyond the jurisdiction of the Court;

     (d)     has been substantially diminished in value; or

     (e)     has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

      (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*

Attorney of the United States in
and for the District of Columbia.